J. CHARLES COONS, ESQ.
Nevada Bar No. 10553
ccoons@righthaven.com
*Assistant General Counsel at Righthaven*
JOSEPH CHU, ESQ.
Nevada Bar No. 11082
jchu@righthaven.com
*Staff Attorney at Righthaven*
Righthaven LLC
9960 West Cheyenne Avenue, Suite 210
Las Vegas, Nevada 89129-7701
(702) 527-5900
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL WIND WATCH, INC., a Massachusetts nonprofit corporation,<br><br>Defendant. | Case No.: 2:10-cv-01675-GMN-RJJ<br><br>**CERTIFICATE OF INTERESTED PARTIES** |

In accordance with Fed. R. Civ. P. 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Righthaven LLC, certifies that the following have a direct, pecuniary interest in the outcome of this case:

1. Righthaven LLC, a Nevada limited-liability company;
2. SI Content Monitor LLC, an Arkansas limited-liability company; and
3. Net Sortie Systems, LLC, a Nevada limited-liability company.

1

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this eighth day of October, 2010.

                RIGHTHAVEN LLC

                By: /s/ J. Charles Coons

                J. CHARLES COONS, ESQ.
                Nevada Bar No. 10553
                JOSEPH CHU, ESQ.
                Nevada Bar. No. 11082
                9960 West Cheyenne Avenue, Suite 210
                Las Vegas, Nevada 89129-7701
                Attorneys for Plaintiff