1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SAO**
Dominica C. Anderson, Esq. (SBN 2988)
Shan Davis, Esq. (SBN 9323)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2607
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
Email: sdavis@duanemorris.com

Attorneys for Defendant
*National Wind Watch, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company, | CASE NO.: 2:10-cv-01675 |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND NATIONAL WIND WATCH, INC.'S TIME TO ANSWER COMPLAINT** |
| vs. | |
| NATIONAL WIND WATCH, INC., a Massachusetts nonprofit corporation, | (Second Request) |
| Defendant. | |

Pursuant to Local Rule 6-1, IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff, J. Charles Coons, Esq. and Shan Davis, Esq. Duane Morris, LLP, acting on behalf of the Defendant for the purpose of securing an extension, and subject to the approval of the Court, that the time by which the Defendant shall answer, move or otherwise respond to Plaintiff's Complaint is extended to and including December 10, 2010. This Stipulation is sought in good faith and not for purposes of delay.

/ / /

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO EXTEND NATIONAL WIND WATCH, INC.'S TIME TO ANSWER
DM1\2417407.1

1     DATED this 29th day of November, 2010.     DATED this 29th day of November, 2010.

2

3     DUANE MORRIS, LLP                 RIGHTHAVEN LLC

4     /s/ Shan Davis                         /s/ J Charles Coons

5     Dominica C. Anderson, Esq. (SBN 2988)     J. Charles Coons, Esq. (SBN 1055)
       Shan Davis, Esq. (SBN 9323)                 Joseph C. Chu, Esq. (SBN 11082)

6     100 North City Parkway, Suite 1560          9960 W. Cheyenne Avenue, Ste. 210
       Las Vegas, NV 89106                     Las Vegas, NV 89129-7701

7     Attorneys for *National Wind Watch, Inc.*     Attorneys for *Righthaven, LLC*

8

9

10

11                                        IT IS SO ORDERED:

12

13

14                                       UNITED STATES DISTRICT JUDGE

15                                        DATED this _____ day of November, 2010.

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND NATIONAL WIND WATCH, INC.'S TIME TO ANSWER

DM1\2417407.1